UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00089-MCE |
|---|---|
| Plaintiff, | No. 2:15-cr-00106-KJM |
| v. | **RELATED CASE ORDER** |
| CHRISTOPHER THOMAS KEGLER, | |
| Defendant. | |

The Court received the Notice of Related Case filed on May 20, 2015. Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same defendant and are based on the same or similar claims, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected.

///

1  Under the regular practice of this court, related cases are generally assigned to the
2  district judge and magistrate judge to whom the first filed action was assigned.
3      IT IS THEREFORE ORDERED that the action denominated 2:15-cr-00106-KJM,
4  United States v. Christopher Thomas Kegler, be reassigned to Chief Judge
5  Morrison C. England, Jr. for all further proceedings, and any dates currently set in
6  2:15-cr-00106-KJM are hereby VACATED.  Henceforth, the caption on documents filed
7  in the reassigned shall be shown as 2:15-cr-00106-MCE.  It is further ordered a Status
8  Conference is set in 2:15-cr-00106 on June 18, 2015, at 9:00 a.m., in courtroom 7.
9       IT IS SO ORDERED.

11  DATED:  June 11, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT