HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  CHRISTOPHER KEGLER,  Defendant. | Case No. 2:15-CR-00106 MCE  STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME  Date: June 18, 2015  Time: 9:00 a.m.  Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christopher Kegler, that the status conference scheduled for June 18, 2015 be vacated and be continued to July 30, 2015 at 9:00 a.m.

The grounds for continuance are that Defense counsel requires additional time to investigate the facts of the case. Additionally, Defense counsel has leave scheduled on the current court date of June 18, 2015.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including July 30, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: June 16, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Douglas J. Beevers* |
| | | DOUGLAS J. BEEVERS |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for Christopher Kegler |
| 7 | DATED: June 16, 2015 | BENJAMIN B. WAGNER |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ by Douglas J. Beevers with consent* |
| | | PAUL HEMESATH |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. Time from the date the parties stipulated, up to and including July 29, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 18, 2015 status conference is continued until July 30, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT