HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KEGLER,<br><br>Defendant. | Case No.  2:15-CR-00106 MCE<br><br>STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE<br><br>Date: September 24, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Paul Hemesath, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Christopher Kegler, that the briefing schedule be modified as follows:

Defense Motion(s) due……………………………………………….August 14, 2015

///

///

///

///

///

///

///

///

Defense counsel requires additional time to meet with Mr. Kegler, who is currently being housed at the Nevada County jail, and to review the affidavit in support of the motion to suppress.

DATED: August 12, 2015          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Christopher Kegler

DATED: August 12, 2015          BENJAMIN B. WAGNER
United States Attorney

*/s/ Douglas Beevers for*
PAUL HEMSATH
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT