BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00106-MCE |
|---|---|
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE |
| v. | |
| CHRISTOPHER THOMAS KEGLER, | DATE: September 24, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Doug Beevers, attorney for defendant Christopher Thomas Kegler that the previously-noticed hearing date of September 24, 2015, be vacated and the matter re-scheduled for November 12, 2015, at 9:00 a.m.  The parties further stipulate that the government's response brief shall be due on October 29, 2015, and the defendant's reply shall be due on November 5, 2015.

The parties further request that time be excluded from August 14, 2015, (the day that defendant filed the instant motion to suppress evidence) until the Court grants or denies the motion, pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion).  The parties agree that there is a sufficient factual basis for such exclusion, and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

These requests are made jointly by the government and defense.

IT IS SO STIPULATED.

Dated:  September 21, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney


                                              /s/ PAUL A. HEMESATH
                                              PAUL A. HEMESATH
                                              Assistant United States Attorney


Dated:  September 21, 2015                    /s/ DOUGLAS BEEVERS
                                              DOUGLAS BEEVERS
                                              Counsel for Defendant


## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for September 24, 2015, shall be re-scheduled to November 12, 2015.  The government's response brief shall be due on October 29, 2015, and the defendant's reply shall be due on November 5, 2015.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion), and further, that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  September 24, 2015

                                              _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT