HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:15-cr-089 MCE |
|---|---|
| Plaintiff, | ) Case No.  2:15-cr-106 MCE |
| vs. | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| CHRISTOPHER KEGLER, | ) Date: January 28, 2016 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christopher Kegler, that the status conference scheduled for January 28, 2016 be vacated and be continued to March 3, 2016 at 9:00 a.m.

The grounds for continuance are that defense counsel requires additional time to investigate the facts of the case and for further sentencing preparation in related case number 2:15-cr-089 MCE.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including March 3, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  DATED: January 27, 2016          Respectfully submitted,

2                                   HEATHER E. WILLIAMS
3                                   Federal Defender

4                                   */s/ Douglas J. Beevers*
                                    DOUGLAS J. BEEVERS
5                                   Assistant Federal Defender
                                    Attorney for Christopher Kegler
6

7  DATED: January 27, 2016          BENJAMIN B. WAGNER
                                    United States Attorney
8
                                    */s/ by Douglas J. Beevers with consent*
9                                   PAUL HEMESATH
                                    Assistant U.S. Attorney
10                                  Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including March 3, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 28, 2016 status conference shall be continued until March 3, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT