1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   douglas_beevers@fd.org
5
   Attorney for Defendant
6  CHRISTOPHER KEGLER

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:15-cr-106 MCE
                                       )
11          Plaintiff,                 )  STIPULATION AND ORDER TO
                                       )  CONTINUE STATUS CONFERENCE AND TO
12  vs.                                )  EXCLUDE TIME
                                       )
13  CHRISTOPHER KEGLER,                )  Date: March 31, 2016
                                       )  Time: 10:00 a.m.
14          Defendant.                 )  Judge: Hon. Morrison C. England, Jr.
                                       )
15  _____)

16          IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

17  through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather

18  Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney

19  for Christopher Kegler, that the status conference scheduled for March 31, 2016  be vacated and

20  be continued to April 14, 2016 at 10:00 a.m.

21          The grounds for continuance are that defense counsel requires additional time to consult

22  with client and purse legal research related to the case.

23          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24  excluded as of this order's date through and including April 14, 2016;  pursuant to 18 U.S.C.

25  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

26  based upon continuity of counsel and defense preparation.

27  ///
    ///
28

    Stipulation and Order to Continue Status          -1-                    U.S. v. Kegler, 15-cr-106
    Conference

1    DATED: March 29, 2016              Respectfully submitted,

2                                       HEATHER E. WILLIAMS
                                        Federal Defender
3

4                                       */s/ Douglas J. Beevers*
                                        DOUGLAS J. BEEVERS
5                                       Assistant Federal Defender
                                        Attorney for Christopher Kegler
6

7    DATED: March 29, 2016              BENJAMIN B. WAGNER
                                        United States Attorney
8

9                                       */s/ by Douglas J. Beevers with consent*
                                        PAUL HEMESATH
10                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status                    -2-                      U.S. v. Kegler, 15-cr-106
Conference

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including April 14, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The March 31, 2016 status conference shall be continued until April 14, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 4, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT