HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-106 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING |
| vs. | ) ) | AND SET CHANGE OF PLEA HEARING |
| CHRISTOPHER KEGLER, | ) ) | Date: October 13, 2016 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christopher Kegler, that the Trial Confirmation Hearing scheduled for October 13, 2016 be vacated and a Change of Plea Hearing be set for October 20, 2016 at 10:00 a.m.

The grounds for continuance are that defense counsel requires additional time to meet with client, who is in-custody at Nevada County Jail, and review the plea agreement.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including October 20, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///
///

| | | |
|---|---|---|
| 1 | DATED: October 12, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Douglas J. Beevers* |
| | | DOUGLAS J. BEEVERS |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for Christopher Kegler |
| 7 | DATED: October 12, 2016 | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| 8 | | |
| 9 | | */s/ by Douglas J. Beevers with consent* |
| | | PAUL HEMESATH |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 20, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered that the October 13, 2016 Trial Confirmation Hearing is VACATED and a Change of Plea Hearing is set on October 20, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE