HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER T. KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00106-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE** |
| vs. | |
| CHRISTOPHER T. KEGLER, | |
| Defendant. | Date: January 12, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christopher Kegler, that the briefing schedule and sentencing hearing be continued. The new schedule will be as follows:

　　Reply, or Statement of Non-Opposition:　　　　　　　3/16/17

　　Judgment and Sentencing Date:　　　　　　　　　　　3/23/17

Currently, the replies and sentencing memoranda are due on January 5, 2017. Mr. Kegler's family is in the process of moving to California to obtain specialist medical care for Mr. Kegler's granddaughter. This move will undoubtedly impact defense counsel's request for designation to a specific Bureau of Prisons facility. Defense counsel thus requires more time to

1  consult with Mr. Kegler and his family before sentencing. The parties agree that a continuance
2  provides enough time for defense counsel to draft any replies or statements of non-opposition,
3  and sentencing memoranda. Probation is aware of this stipulation and is in agreement with the
4  request.

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: January 9, 2017             */s/ Douglas J. Beevers*
                                DOUGLAS J. BEEVERS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                CHRISTOPHER T. KEGLER

Date: January 9, 2017             PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Paul Hemesath*
                                PAUL HEMESATH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Any replies or statements of non-opposition are now due on March 16, 2017, and the sentencing hearing is now scheduled for March 23, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 10, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE