1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   CHRISTOPHER T. KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00106-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE** |
| vs. | ) | |
| CHRISTOPHER T. KEGLER, | ) | |
| Defendant. | ) | Date: January 12, 2017
Time: 10:00 a.m.
Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christopher Kegler, that the briefing schedule and sentencing hearing be continued. The new schedule will be as follows:

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | 3/23/17 |
| Sentencing Memoranda | 3/23/17 |
| Judgment and Sentencing Date: | 4/6/17 |

Currently, the replies and sentencing memoranda are due on March 16, 2017. Defense counsel requires more time to attempt to resolve an outstanding warrant issue referenced in the Probation Officer's report. Given scheduling conflicts, the parties agree that April 6, 2017

represents the next best date for the sentencing hearing. Probation Officer, Breanna Flores, is aware of this stipulation and is in agreement with the request.

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: March 15, 2017               */s/ Douglas J. Beevers*
                                DOUGLAS J. BEEVERS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                CHRISTOPHER T. KEGLER

Date: March 15, 2017               PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Paul Hemesath*
                                PAUL HEMESATH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders any sentencing memoranda, replies or statements of non-opposition are now due on March 23, 2017, and the sentencing hearing is now scheduled for April 6, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE