UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-0106 MCE CKD |
| Respondent, | |
| v. | ORDER |
| CHRISTOPHER THOMAS KEGLER, | |
| Movant. | |

Movant is a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  By order filed February 26, 2020, respondent was ordered to file an answer to the motion to vacate.  (ECF No. 66.)  Respondent has now filed a motion to dismiss the § 2255 motion on the ground that movant waived his right to collaterally attack his conviction.  (ECF No. 72.)

Accordingly, IT IS HEREBY ORDERED that movant shall file a response to the motion within thirty days of the service of this order.  Respondent's reply, if any, shall be due within fourteen days after service of the response. Movant's failure to file a response will result in a recommendation that the respondent's motion to dismiss be granted.

Dated:  June 25, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:kegl0106.briefing.sched

1